FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 6 2017 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABHILASHA MASIH and TRACY KIPP,

                                Plaintiffs,

              -against-

MENTAL HEALTH ASSOCIATION OF NASSAU
COUNTY, MCANTHONY CHERY, in his
individual and professional capacities,

                                Defendants.
------------------------------------------------------------------X

ORDER

CV 15-1199

This is a discrimination action arising out of the termination of Plaintiff's employment by Defendants. Plaintiff brings claims for gender and national origin discrimination, pursuant to Title VII of the Civil Rights Act of 1964 and the New York State Human Rights Law. Presently before the Court is Defendants' motion for summary judgment.

Having reviewed the papers in support of and in opposition to the motion for summary judgment, the Court finds that genuine issues of material fact exist with respect to all of Plaintiff's claims, which preclude the entry of summary judgment at this time. The parties may renew their arguments at the time of trial.

Accordingly, Defendant's motion for summary judgment is denied. Jury selection remains scheduled for June 5, 2017 at 9:30 a.m.

**SO ORDERED:**

Dated: Central Islip, New York
        April 26, 2017

                                                   LEONARD D. WEXLER
                                                   United States District Judge